Mary L. Van Riper, executrix of the last will and testament of Peter P. Van Riper, deceased, complainant-respondent,

*v.*

Borough of Lincoln Park, defendant-appellant.

[Submitted October term, 1934. Decided January 10th, 1935.]

*Mr. Peter Hofstra,* for the complainant-respondent.

*Messrs. Beam & Kelley (Mr. Harold A. Price,* of counsel), for the defendant-appellant.

Per Curiam.

This is an appeal from an order made in the court of chancery denying motion to strike out the bill of complaint. If the allegations of the complaint be true, the court below has jurisdiction to entertain the matter and award the relief prayed for, namely, the removal of cloud on the title of complainant's land.

The order is affirmed, with costs.

*For affirmance*—The Chief-Justice, Parker, Lloyd, Case, Bodine, Donges, Heher, Perskie, Van Buskirk, Kays, Hetfield, Dear, Wells, JJ. 13.

*For reversal*—None.